```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A05-0161--CV (JWS)
         "KENNETH M. THOMPSON II V DOCTOR STALMAN ET AL"

        Including terminated parties, excluding terminated counsel
```

```
  Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
            Filed: 07/11/05
           Closed: NO

     Jurisdiction: (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (550) Prisoner - Civil Rights

           Origin: (1) Original Proceeding
           Demand:
       Filing fee: In Forma Pauperis
         Trial by: Jury
```

Parties of Record:                              Counsel of Record:

PLF 1.1          THOMPSON, KENNETH M. II        Kenneth M. Thompson II
                                                Pro Per: 330282
                                                Anchorage Correctional Center
                                                1300 E. 4th Ave.
                                                Anchorage, AK 99501


DEF 1.1          STALMAN, DR.                   John K. Bodick
                                                Attorney General's Office
                                                310 K Street, Suite 407
                                                Anchorage, AK 99501-5993
                                                907-269-6379
                                                FAX 907-269-6305

DEF 2.1          HINTON, BETTY                  No counsel found for this party!

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CIVIL DOCKET ENTRIES FOR CASE A05-0161--CV (JWS)
                       "KENNETH M. THOMPSON II V DOCTOR STALMAN ET AL"

                                      For all filing dates
```

```
  Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
            Filed: 07/11/05
           Closed: NO

     Jurisdiction: (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (550) Prisoner - Civil Rights

           Origin: (1) Original Proceeding
           Demand:
       Filing fee: In Forma Pauperis
         Trial by: Jury
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 07/11/05 | PLF 1 Application to proceed without prepayment of fees w/att exhs. |
| 2 - 1 | 07/11/05 | Complaint filed. |
| 3 - 1 | 07/26/05 | JWS Order granting payment of filing fee in installments (1-1); ACCW to collect $63.35 from plf prison trust account & send to clk; ACCW or other institution w/custody of plf to collect balance of $250.00 filing fee; ACCW to forward cy of this ord to any institution which receives custody of plf. cc: cnsl, ACCW, Finance, PSLC |
| 4 - 1 | 07/26/05 | JWS Order directing svc & response; clk to sent 2 sums forms to plf; plf to complete sums for each def & return completed sum plus 2 copies for each def to clk for issuing; clk to return sums to plf; plf to send completed 285 form, cy of cmplt & original plus 1 cy of sum & cy of this ord to USM; clk to send cy of this ord to J. Bodick (AAG); AAG to file appear for each def w/i 21 days from date of svc of this ord or provide address of def to USM & notice w/clk of addresses supplied to USM; USM to serve defs; defs have 30 days from date of svc to file ans. cc: K. Thompson w/2 sums forms & Pro Se Handbook, USM, J. Bodick w/cy of cmplt, PSLC |
| 5 - 1 | 08/16/05 | DEF 2 Notice that last known addresss of Def Betty Hinton have been provided to the USM. |
| 6 - 1 | 08/16/05 | DEF 1 Attorney Appearance John K. Bodick. |
| 7 - 1 | 09/15/05 | DEF 1 Answer to Complaint. |
| 8 - 1 | 09/19/05 | DEF 1 Jury Demand. |