# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

_KENNETH M. THOMPSON_   v.   _DR. STALMAN, et al._

THE HONORABLE TIMOTHY M. BURGESS

DEPUTY CLERK                                          CASE NO.  _3:05-cv-00161 TMB_

_Patty Demeter_

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**         DATE: March 7, 2006

**Plaintiff is required to take action as to:**

| Complaint | Amended Complaint | Third Party Complaint | Complaint In Intervention |
|---|---|---|---|
| [XX] | [ ] | [ ] | [ ] |

___   _Failure to Serve_. Proof of service as to one or more defendants is lacking. File proofs of service on those defendants already served. Proceed to serve any other defendants so as to comply with Rule 4(m), Federal Rules of Civil Procedure.

___   _Case Not at Issue_. An answer has not been filed by one or more defendants served in this case. Where the time to answer has expired, require an answer immediately or apply for default within 20 days from the date of this minute order.

___   _Dismissal for Failure to Serve (Warning!)_. Proof of service is lacking as to defendant(s) named below. Any defendant as to whom a proof of service is not on file by 120 days from the filing of the complaint will be dismissed. Rule 4(m), Federal Rules of Civil Procedure. Defendant(s):

___   _Dismissal for Failure to Take Action (Warning!)_. An answer has not been filed by nor default taken as to defendant(s) named below, and plaintiff has ignored a prior minute order on this subject. Defendant(s) as to whom the case is not at issue 120 days from filing of the complaint will be dismissed for lack of prosecution. Defendant(s):

_XX_   _Case Dismissed_. For failure to _XX_ make service or ___ failure to take a default or require an answer, this case is dismissed without prejudice as to defendant(s): **Betty Hinton**

Plaintiff Required to Take Action
[]{ID1.WPD*Rev.09/02}