John K. Bodick
Assistant Attorney General
310 K Street, Suite 403
Anchorage, Alaska 99501
Telephone: (907)269-6379
Attorney for Defendant Stallman

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KENNETH M. THOMPSON, II, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DOCTOR STALLMAN, et al., ) <br> ) <br> Defendants. ) <br> ) | Case No. A05-0161 CV (JWS) |

**MOTION TO DISMISS**

COMES NOW defendant Dwight Stallman, by and through his legal counsel Assistant Attorney General for the State of Alaska, John K. Bodick, and hereby moves to dismiss this case pursuant to Federal Rule of Civil Procedure 12(b) on the ground that plaintiff Thompson has failed to exhaust administrative remedies. The proper motion to address the failure to exhaust is a unenumerated Rule 12(b) motion. *Wyatt v.*

*Terhune*, 315 F.3d 1108, 1119 (9th Cir. 2003). The court may look beyond the pleadings in deciding a motion to dismiss for failure to exhaust. *Id*. at 1119-1120.

## FACTS

Plaintiff Kenneth Thompson has been incarcerated by the State of Alaska since August of 2004.[1] In late November of 2004, Department of Corrections' psychiatrist Dr. Dwight Stallman diagnosed Thompson with schizophrenia and commenced involuntary medication proceedings. A second opinion was obtained by consulting psychiatrist Dr. Wandall Winn who agreed with Dr. Stallman's diagnosis. Pursuant to Department Policy No. 807.16, an involuntary medication hearing was held on November 24, 2004. Psychiatric nurse Theresa Warfield and psychiatrist Dr. Jennifer Lothian sat on the committee. The committee determined that Thompson required involuntary medication because he was gravely disabled due to a mental disorder, not capable of giving informed consent, and without such medication was a danger to himself and others. Appropriate psychotropic medication was administered. Thompson has since started to voluntarily take his medication.

Department Policy No. 807.16 provided Thompson with the opportunity to appeal this determination to the Department's Medical Advisory Committee. Thompson did not submit such an appeal.

The Department has an extensive grievance procedure available pursuant to Policy No. 808.03. Thompson did not file a grievance regarding the involuntary

---

[1] See the attached affidavit of Department of Corrections mental health director Laura Brooks in support of all statements in the statement of facts. All cited policies are

administration of the psychotropic medication.

Thompson has been previously incarcerated in 2003 when it was also determined that he was in need of involuntary medication. Thompson is currently scheduled for release on September 18, 2006.

Thompson brought this civil rights action in July of 2005 and has requested injunctive relief in the form of the discontinuation of his medication.

## ARGUMENT

Thompson has failed to exhaust the administrative remedies provided by the Alaska Department of Corrections so his case must be dismissed. 42 U.S.C.A. §1997e(a) requires prisoners to exhaust available administrative remedies:

> No action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted.

This "exhaustion requirement applies to all inmate suits about prison life, whether they involve general circumstances or some other wrong." *Porter v. Nussle*, 534 U.S. 516, 122 S.Ct. 983, 992 (2002). If the court concludes a prisoner has failed to exhaust the proper remedy is dismissal without prejudice. *Wyatt v. Terhune*, 315 F.3d at 1120. The Alaska Department of Corrections provides for both an appeal of an order for involuntary medication to the Medical Advisory Committee and the submission of a grievance. Since Thompson has not filed an appeal or a grievance regarding his involuntary medication, this case must be dismissed for failure to exhaust pursuant to 42 U.S.C.A.

---

attached to this affidavit.

§1997e(a).

Dated this 6 day of April, 2006.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By: s/ John K. Bodick
Assistant Attorney General
State of Alaska, Department of Law
Criminal Division Central Office
310 K Street, Suite 403
Anchorage, AK 99501
Telephone: 269-6379
Facsimile: 269-6305
Email: John_Bodick@law.state.ak.us
AK Bar No. 8411098

**Certificate of Service**

I certify that on April 7, 2006, a copy of the foregoing Motion to Dismiss, Affidavit of Laura Brooks and Exhibits attached thereto, and Proposed Order were served on
Kenneth Thompson, inmate
Anchorage Correctional Complex
1300 E. 4th Ave., Anchorage, AK 99501
by regular U.S. mail.

s/ John K. Bodick