IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KENNETH M. THOMPSON, II, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. A05-0161 CV (JWS) |
| ) | |
| DOCTOR STALLMAN, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**PROPOSED**
ORDER GRANTING MOTION TO DISMISS
TO VACATE ORDER RE: INITIAL CASE STATUS
REPORT AND CASE SCHEDULING AND PLANNING

Having reviewed defendant Stallman's motion to dismiss filed pursuant to 42 U.S.C.A. §1997e(a) due to plaintiff Thompson's failure to exhaust his administrative remedies, and any opposition thereto, it is hereby ordered that defendant Stallman's motion to dismiss is granted without prejudice.

Dated this ___ day of _____, 2006.

_____
Hon. Timothy M. Burgess
District Court Judge