John K. Bodick
Assistant Attorney General
310 K Street, Suite 403
Anchorage, Alaska 99501
Phone: (907)269-6379
Attorney for Defendant Stallman

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KENNETH M. THOMPSON, II, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DOCTOR STALLMAN, et al., )<br>)<br>Defendants. )<br>_____ ) | Case No. A05-0161 CV (JWS) |

### MOTION TO VACATE ORDER RE: INITIAL CASE STATUS REPORT AND CASE SCHEDULING AND PLANNING

COMES NOW defendant Dwight Stallman, by and through his legal counsel Assistant Attorney General for the State of Alaska, John K. Bodick, and hereby moves to vacate this court's order of March 7, 2006 which directs the parties to submit an scheduling and planning conference report on the ground that this case is subject to immediate dismissal due to plaintiff's failure to exhaust his administrative remedies

pursuant to 42 U.S.C.A. §1997e(a).  Defendant Stallman has filed a motion to dismiss herewith which obviates any need for discovery or disclosures in this case or further case planning.  Due to plaintiff's status as a prisoner and pro se litigant it is extremely difficult to effect meaningful communication, scheduling and planning.  Thus, defendant Stallman asks this court to vacate the order requiring case scheduling and planning pending a decision regarding his motion to dismiss.

Dated this 6 day of April, 2006.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By: s/ John K. Bodick
Assistant Attorney General
State of Alaska, Department of Law
Criminal Division Central Office
310 K Street, Suite 403
Anchorage, AK  99501
Telephone:  269-6379
Facsimile:   269-6305
Email:  John_Bodick@law.state.ak.us
AK Bar No. 8411098

**Certificate of Service**

I certify that on April 7, 2006, a copy of the foregoing Motion to Dismiss, Affidavit of Laura Brooks and Exhibits attached thereto, and Proposed Order were served on
Kenneth Thompson, inmate
Anchorage Correctional Complex
1300 E. 4th Ave., Anchorage, AK  99501
by regular U.S. mail.

s/ John K. Bodick