IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KENNETH M. THOMPSON, II, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DOCTOR STALLMAN, et al., ) <br> ) <br> Defendants. ) <br> ) | Case No. A05-0161 CV (JWS) |

**PROPOSED**
ORDER GRANTING MOTION
TO VACATE ORDER RE: INITIAL CASE STATUS
REPORT AND CASE SCHEDULING AND PLANNING

Having reviewed defendant Stallman's motion to vacate the order regarding the initial case status report and case schedule and planning dated March 7, 2006, and any opposition thereto, it is hereby ordered that defendant Stallman's motion is granted and this order is vacated.

Dated this ___ day of _____, 2006.

_____
Hon. Timothy M. Burgess
District Court Judge