IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KENNETH M. THOMPSON,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>DOCTOR STALLMAN,<br><br>　　　　　　Defendant. | Case No. 3:05-cv-161　TMB<br><br><br>O R D E R |

　　　　Plaintiff filed a Prisoner's Complaint Under the Civil Rights Act, 42 U.S.C. § 1983, claiming that while he was incarcerated in the Anchorage Correctional Center, he was denied the right to refuse medication.  Docket 2.  The Complaint indicates that Plaintiff appealed the decision to involuntarily medicate him, and that the appeal was attached.  Docket 2 at 9.  He indicated that the grievance procedure was complete.[1]  Id.  Plaintiff seeks injunctive relief in the form of the discontinuation of his medication.

　　　　Defendant Stallman has moved for dismissal pursuant to 42 U.S.C. § 1997e(a), on the grounds that Plaintiff has failed to exhaust his administrative remedies.  Docket 13.  Noting that Plaintiff's Complaint suggests that he has exhausted his administrative remedies, (docket 2), but that he has not responded to the Motion to Dismiss, this Court issued an Order on May 16, 2006, directing Plaintiff to show cause no later than June 2, 2006, as to whether he has exhausted his administrative remedies.  The Court noted that failure to do so would result in the Court granting the Motion to Dismiss at docket 13 without further notice.

　　　　There being no response from Plaintiff, **it is hereby ordered** that the Motion to Dismiss at Docket 13 is GRANTED.

　　　　Dated at Anchorage, Alaska, this 12th day of June, 2006.

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Timothy Burgess
　　　　　　　　　　　　　　　　　　　　　　　　　　　Timothy M. Burgess
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] A review of the record reveals that there is no appeal or grievance paperwork attached to the Complaint.